# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

MARY L. VANCE                                          CIVIL ACTION NO. 07-1589

VERSUS                                                 JUDGE S. MAURICE HICKS, JR.

U.S. COMMISSIONER SOCIAL                               MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **AFFIRMED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of September, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE